



BOOK 712 PG 1082

See Declaration of Homestead
In Book 1027 Page 300

Property location: 74 Chantilly Avenue
North Adams, MA

I, MICHAEL A. DEEP, of North Adams, Berkshire County, Massachusetts, in consideration of the sum of THIRTY-NINE THOUSAND FIVE HUNDRED (39,500) DOLLARS paid, grant to CHARLES R. BLAISDELL and JUDITH A. BLAISDELL, husband and wife, whose residence and post office address is 74 Chantilly Avenue, North Adams, Massachusetts, as joint tenants, with WARRANTY COVENANTS, the land with any and all buildings thereon situate on the easterly side of Chantilly Avenue in said North Adams, bounded and described as follows:

Beginning in the easterly line of Chantilly Avenue at the northwest corner of Lot No. 137 as shown on map entitled "Map of Lorraine, New Suburb of North Adams, Mass., Property of John B. Scarlett, Surveyed by H. P. Linnell" on file with the Northern Berkshire Registry of Deeds as Plan No. 97 in Drawer No. 4; thence running northerly along the westerly lines of Lot Nos. 136 and 135 as shown on said plan, for a distance of one hundred (100) feet, to a wooden stake at the northwest corner of said Lot No. 135; thence turning and running easterly along the northerly line of said Lot No. 135, as shown on said plan, for a distance of one hundred (100) feet, to a point in the northwest corner of Lot No. 150 as shown on said plan; thence turning and running southerly along the easterly lines of Lots Nos. 150 and 149, as shown on said plan, for a distance of one hundred (100) feet, to a point at the southeasterly corner of said Lot No. 136; thence turning and running westerly along the southerly line of said Lot No. 136, for a distance of one hundred (100) feet, to the point and place of beginning. Being Lots Nos. 135 and 136, as shown on said plan.

Excepting from the above described premises that portion taken by the Commonwealth of Massachusetts for flood control purposes by instrument dated July 16, 1957, recorded with the Northern Berkshire Registry of Deeds in Book 529, Page 221.

Meaning and intending to convey and hereby expressly conveying, all and singular, a portion of the premises conveyed to me by deed of Henry M. Tower et ux, dated June 5, 1980, and recorded with said Registry of Deeds in Book 699, Page 511.

Real estate taxes for the current tax period have been apportioned between the parties hereto and the Grantor agrees and assumes to pay same.

BOOK 712 PG 1083

    WITNESS my hand and seal this     6th     day of
July    A. D. 1982.

In the presence of:

_Debra Lee Hickline_       _Michael A. Deep_
                                  Michael A. Deep

COMMONWEALTH OF MASSACHUSETTS

Berkshire, ss.
                                            July 6    , 1982

    Then personally appeared the above-named MICHAEL A. DEEP and acknowledged the foregoing instrument to be his free act and deed, before me,

                                    _Debra Lee Hickline_
                                        Notary Public
          My commission expires: July 23, 1982

[COMMONWEALTH OF MASSACHUSETTS EXCISE stamp — M.A.D. $90.06]

Received & entered for record
July 6, 19 82 AT 3 H 11 M P M

-2-

*Book 269*

*Page 259*

# Know all Men by these Presents,

THAT I, John B. Scarlett, of the City of Newark, County of Essex, State of New Jersey ~~Berkshire County, Massachusetts~~, in consideration of a valuable sum in Christ D. Tietgens Dollars paid by

the receipt whereof is hereby acknowledged, do hereby give, grant, bargain, sell, and convey unto the said Christ D. Tietgens that certain piece of land situated in North Adams, and known and designated as Lots Nos. 135, 136, 137, 138, 148, 149, 150, on map entitled, "Map of Lorraine, New Suburb of North Adams, Mass. Property of John B. Scarlett. surveyed 1899, by H. P. Linnell," said map being on file in the Registry of Deeds for Northern Berkshire.

Commonwealth of Massachusetts
Berkshire County
A True Copy from Book 269 Page 259
in the Northern District Registry
of Deeds
Attest: Christopher J. Dolan
REGISTER

**To Have and to Hold** the granted premises, with all the privileges and appurtenances thereto belonging to the said Christ D. Tietgens and his heirs and assigns, to their ~~own~~ use and behoof forever.

And I ~~hereby,~~ for said grantee and his myself and my heirs, executors, and administrators, covenant with the heirs and assigns, that I am lawfully seized in fee simple of the granted premises; that they are free from all incumbrances,

and That I have good right to sell and convey the same as aforesaid; and that I will and my heirs, executors, and administrators shall WARRANT AND DEFEND the same to the said grantee and his heirs and assigns forever against the lawful claims and demands of all persons

And for the consideration aforesaid I, Caroline L. Scarlett, wife of John B. Scarlett

release unto the said Grantee and his heirs and assigns all right of or to both DOWER AND HOMESTEAD in the granted premises do hereby

To Have and to Hold the _____ granted premises, with all the privileges and appurtenances thereto belonging to the said *Christ D. Tietgens and his* _____ heirs and assigns, to _____ their ~~own~~ use and behoof forever.

And I ~~hereby,~~ _____ *myself* and *my* _____ for *said* grantee and *his* heirs, executors, and administrators, covenant with the heirs and assigns, that *I am* lawfully seized in fee simple of the _____ granted premises; that they are free from all incumbrances,

*and* That *I* have good right to sell and convey the same as aforesaid; and that *I* will and *my* heirs, executors, and administrators shall WARRANT AND DEFEND the same to the *said* grantee and *his* heirs and assigns forever against the lawful claims and demands of all persons

And for the consideration aforesaid *I, Caroline L. Scarlett, wife of John B. Scarlett* do hereby release unto the said Grantee and *his* heirs and assigns all right of or to both DOWER AND HOMESTEAD in the granted premises.

In Witness Whereof, *we* the said *John B. Scarlett, and Caroline L. Scarlett, his wife do*

hereunto set our hands and seals this *Eighth* day of *July* in the year one thousand nine hundred *and four*.

Signed, sealed, and delivered in presence of

*Mary Whelan*

*John B. Scarlett*   Seal

*Caroline L. Scarlett*   Seal

*State of New Jersey*
~~Commonwealth of Massachusetts.~~

*Essex County*
~~Berkshire,~~ ss.   *Newark, N.J. July 8th*   19*04*

Then personally appeared the above-named *John B. Scarlett* _____ and acknowledged the foregoing instrument to be *his* free act and deed, ~~before me,~~ and the free act and deed of said *John B. Scarlett and Caroline L. Scarlett, before me.*

*Mary Whelan* ......... ~~Justice of the Peace.~~
*J. ... In Massachusetts*

Ex 6.

| Field | Value |
|---|---|
| Grantees | Michael A. Deep |
| Execution Date | June 5, 1980 |
| Instrument | W.C. |
| Recorded | 699/511 |
| Recording Date | June 5, 1980 |
| Description | (new) |

References: Meaning & intending to convey & hereby expressly conveying, all & singular the s/ premises conveyed to us by Peter R. Mellin et al, Apr. 28, 1978 683/1023 –

Encumbrances / Appurtenances: Excepting flood control 529/221 –

| Field | Value |
|---|---|
| Grantees | Henry M. & Dorothea A. Tower |
| Execution Date | Apr. 28, 1978 |
| Instrument | W.C. |
| Recorded | 683/1023 |
| Recording Date | May 2, 1978 |
| Interest | J.T. |
| Description | (same) |

Description: En.c.f 699/511↑

References: Meaning & intending to convey & hereby expressly conveying, all & singular, the s/ premises conveyed to us by James E. Foster et ux. June 25, 1973 654/30 –

Encumbrances / Appurtenances: excepting 529/221 –

| Field | Value |
|---|---|
| Grantees | Peter R. Mellin / Jacqueline M. Mellin |
| Execution Date | June 25, 1973 |
| Instrument | W.C. |
| Recorded | 654/30 |
| Recording Date | June 25, 1973 |
| Interest | T.E. |
| Description | (same) |

Description: En.c.f 699/511↑

References: Meaning & intending to convey & hereby expressly conveying the s/ premises described in deed of John W. Reed et ux. to gtrs June 9, 1966 601/578

Encumbrances / Appurtenances: excepting 529/221

| Field | Value |
|---|---|
| Grantees | James E. & Barbara J. Foster |
| Execution Date | June 9, 1966 |
| Instrument | W.C. |
| Recorded | 601/578 |
| Recording Date | June 9, 1966 |
| Interest | T.E. |
| Description | (same) |

Description: En.c.f 699/511↑

References: Meaning & intending hereby to convey all & singular, Lots 135, 136, 148, 149, 150 Lots 135, 136 & 150 having been conveyed to the herein-named gtrs by Argue LaBonte July 19, 1948 464/42; sd Lots 148 & 149 having been conveyed to the herein-named gtrs by deed of Donald C. Rougeau July 23, 1958 536/307 –

Encumbrances / Appurtenances: excepting 529/221 –

This Abstract: continues   merges   splits   joins

See Abstract:

Deed

| Abstractor: | Date: | Proj. # | Parcel Identifier: | P# 2 |

| Grantees: John W. & Anna H. Reed | Execution Date: | Instrument: | Recorded: |
| Recording Date: | Interest: | Description: same  new  no e  sketched |

Description:

References:

Encumbrances / Appurtenances:

| Grantees: | Execution Date: | Instrument: | Recorded: |
| Recording Date: | Interest: | Description: same  new  no e  sketched |

Description:

References:

Encumbrances / Appurtenances:

| Grantees: | Execution Date: | Instrument: | Recorded: |
| Recording Date: | Interest: | Description: same  new  no e  sketched |

Description:

References:

Encumbrances / Appurtenances:

| Grantees: | Execution Date: | Instrument: | Recorded: |
| Recording Date: | Interest: | Description: same  new  no e  sketched |

Description:

References:

Encumbrances / Appurtenances:

This Abstract:                              See Abstract: LOTS 135, 136 & 150 - 466/42 (Pg. 3)

| Abstractor: | Date: | Proj. #: | Relational Identifier: | Ref # 2 | Parcel |
|---|---|---|---|---|---|
| | | | Parcel Identifier: | Pg: 3 | |

**Grantees:** JOHN W. & ANNE H. REED
**Execution Date:** July 19, 1948
**Recording Date:** July 20, 1948
**Instrument:** W.C.
**Interest:** T.E.
**Recorded:** 466/42
**Description:** same (new) none sketched

**Description:** LOTS 135, 136, 137, 138, 148, 149 & 150 on map entitled "Map of Lorraine"

**References:** Meaning & intending hereby to convey & hereby conveying all & singular the premises conveyed to us by Ernest Haley et ux. June 6, 1947 462/267

**Encumbrances / Appurtenances:**

---

**Grantees:** ARCHIE & RUTH E. LA BONTE
**Execution Date:** June 6, 1947
**Recording Date:** June 9, 1947
**Instrument:** W.C.
**Interest:** T.E.
**Recorded:** 462/267
**Description:** (same) new none sketched

**Description:** {n.c.f. 466/42} east side of Chantilly Ave.

**References:** Meaning & intending hereby to convey the s/ premises conveyed to the gr's herein by Dora Tietgens Roy May 27, 1946 453/649

**Encumbrances / Appurtenances:**

---

**Grantees:** ERNEST & CARRIE HALEY
**Execution Date:** May 27, 1946
**Recording Date:** May 29, 1946
**Instrument:** W.C.
**Interest:** J.T.
**Recorded:** 453/647
**Description:** (same) new none sketched

**Description:** {n.c.f. 466/42} {no mention of east side of Chantilly Ave.}

**References:** Meaning & intending hereby to convey all & singular the s/ premises described in Q.C. deed of Carrie Tietgens, et als to Dora Tietgens Roy Nov. 17, 1945 448/308

**Encumbrances / Appurtenances:**

---

**Grantees:** DORA TIETGENS ROY
**Execution Date:** Nov. 17, 1945
**Recording Date:** Nov. 20, 1945
**Instrument:** Q.C.
**Interest:**
**Recorded:** 448/308
**Description:** (same) new none sketched

**Description:** {n.c.f. 453/649}

**References:** Meaning & intending hereby to convey all & singular the s/ premises described in deed of John B. Scarlett to Christ D. Tietgens July 8, 1904 269/255 all of the grs & the gtee herein are the heirs at law of sd Christian D. Tietgens - #31662

**Encumbrances / Appurtenances:**

---

**This Abstract:** continues  merges  splits  joins
**See Abstract:** pick-up on pg. 5

| Field | Value |
|---|---|
| Abstract of: | |
| Abstractor: | |
| Date: | |
| Proj. #: | |
| Relational Identifier: | |
| Parcel Identifier: | |
| Ref #: | 2 |
| Parcel: | |
| Pg: | 4 |

**Entry 1**
- Grantees: John W. & Anne H. Reed
- Execution Date: July 23, 1958
- Recording Date: July 25, 1958
- Instrument: W.C.
- Interest: T.E.
- Recorded: 536/307c
- Description: (new)
- References: Meaning & intending to convey & hereby expressly conveying lots No. 137, 138, 148 & 149 on sd plan, being s/ premises conveyed to us by deed of Harvey W. & Alma J. Brazeau Feb. 1, 1955  510/321 —
- Encumbrances / Appurtenances: except land taken by Comm. of Mass. for Flood Control

**Entry 2**
- Grantees: Donald C. & Gloria J. Rougeau
- Execution Date: Feb. 1, 1955
- Recording Date: Feb. 2, 1955
- Instrument: W.C.
- Interest: J.T.
- Recorded: 510/321
- Description: Lots 137, 138, 148, 149 tn. c.f. 536/307c+
- References: s/ premises conveyed to us by deed of John W. Reed et ux Mar. 4, 1952 — 484/481 —
- Encumbrances / Appurtenances:

**Entry 3**
- Grantees: Harvey W. & Alma J. Brazeau
- Execution Date: Mar. 4, 1952
- Recording Date: Mar. 13, 1952
- Instrument: W.C.
- Interest: T.E.
- Recorded: 484/481
- Description: Lots 137, 138, 148 & 149 — situate on Chantilly & Bonair Ave.
- References: Being a portion of the premises conveyed to us by deed of Archie LaBonte et ux July 19, 1948  466/42 —
- Encumbrances / Appurtenances:

**Entry 4**
- Grantees: John W. & Anne H. Reed
- References: (See pg. 3 of this chain)

This Abstract: continues / merges / splits / joins
See Abstract:

| Abstractor: | Date: | Proj. #: | Parcel Identifier: | | |
|---|---|---|---|---|---|

**Grantees:** CARRIE TIETGENS, WIDOW; Peter N., RUSSELL E., Herman C., & Adolph N. TIETGENS

- Execution Date:
- Recording Date:
- Instrument:
- Interest:
- Recorded: #31602
- Description: same / new / none / sketched

Description:

References:

Encumbrances / Appurtenances:

---

**Grantees:** Christian D. Tietgens & Christ D. & as grtee

- Execution Date: July 8, 1904
- Recording Date: July 14, 1904
- Instrument:
- Interest:
- Recorded: 269/259
- Description: (same) / new / none / sketched

Description: Tn.c.6 453/649 & 466/425

References:

Encumbrances / Appurtenances:

---

**Grantees:** John B. Scarlett

- Execution Date:
- Recording Date:
- Instrument:
- Interest:
- Recorded:
- Description: same / new / none / sketched

Description:

References:

Encumbrances / Appurtenances:

---

**Grantees:**

- Execution Date:
- Recording Date:
- Instrument:
- Interest:
- Recorded:
- Description: same / new / none / sketched

Description:

References:

Encumbrances / Appurtenances:

---

This Abstract: continues / merges / splits / joins     See Abstract:



# Commonwealth of Massachusetts
## BERKSHIRE NORTH DISTRICT REGISTRY OF DEEDS  Nº 08313

65 PARK STREET - STE. 1
ADAMS, MA 01220
PHONE 413 743-0035 • FAX 413 743-1003

Date Dec. 16              20 03

### ORDER FOR COPY

| DATE | INST. | GRANTOR | GRANTEE | BOOK | PAGE | FEE |
|---|---|---|---|---|---|---|
| | | Flood Control takings | Sheet 7 only !! Entire sheet | DE 6 | #113 | 450 |
| | | Flood Control takings | Sheet 6 only !! " | DE 6 | #113 | 450 |

Ordered by Luc Denault

Address _____

PLEASE CHECK
Mail ☐
Pick-up ☒
FAX ☐

Fax # _____

PAID  9 00
Clerk BH

Form #1 /87-R.3
Adams Specialty / Printing Co.

# Commonwealth of Massachusetts
## BERKSHIRE NORTH DISTRICT REGISTRY OF DEEDS    № 30321

65 PARK STREET - STE. 1
ADAMS, MA 01220
PHONE 413 743-0035 • FAX 413 743-1003

Date Dec. 22, 2003

### ORDER FOR COPY

| DATE | INST. | GRANTOR | GRANTEE | BOOK | PAGE | FEE |
|---|---|---|---|---|---|---|
|  |  | No. Adams Flood Control | entire Sheet 2 only | D.C. 6 | #112 | 4.50 |

Ordered by _Sue Denault_
Address _____

PLEASE CHECK
Mail ☐
Pick-up ☒
FAX ☐

Fax # _____

PAID
Clerk ___

Form 1117-R.3
Adams Specialty & Printing Co.

# STATUTE FORM WARRANTY DEED

1851

We, DONALD C. ROUGEAU and GLORIA J. ROUGEAU, husband and wife, of North Adams, Berkshire County, Massachusetts, for consideration paid, grant to JOHN W. REED and ANNE H. REED, husband and wife, of said North Adams, as tenants by the entirety, with WARRANTY COVENANTS, the land in said North Adams situate on the easterly side of Chantilly Avenue and the westerly side of Bonair Avenue, bounded and described as follows, viz:

Beginning at a point in the easterly line of Chantilly Avenue at the northwest corner of Lot No. 139 as shown on map entitled "Map of Lorraine, New Suburb of North Adams, Mass., Property of John B. Scarlett, Surveyed 1899 by H. P. Linnell" which plan is on file with the Northern Berkshire Registry of Deeds at Adams, Massachusetts;

thence proceeding easterly along the northerly line of said Lot No. 139 one hundred (100) feet to the southwest corner of Lot No. 147;

thence northerly along the westerly line of Lot No. 147 fifty (50) feet to the southwesterly corner of Lot No. 148;

thence easterly along the southerly line of Lot No. 148 one hundred (100) feet to a point in the westerly line of Bonair Avenue which point is the southeast corner of said Lot No. 148;

thence northerly along the westerly line of Bonair Avenue one hundred (100) feet to a point marking the southeast corner of Lot No. 150 as shown on said plan;

thence westerly along the southerly line of Lot No. 150 one hundred (100) feet to a point marking the southwesterly corner of said Lot No. 150;

thence southerly along the easterly line of Lot No. 136 fifty (50) feet to a point marking the southeasterly corner of Lot No. 136;

thence westerly along the southerly line of Lot No. 136 one hundred (100)

BOOK 536 PAGE 08

Page 321. EXCEPT land taken by Commonwealth of Massachusetts for the Federal Flood Control Project.

Subject to an apportionment of real property taxes assessed upon said premises for the year 1958, and the payment of such taxes by the grantees.

WITNESS our hands and seals this 23rd day of July, 1958.

Donald C. Rougeau

Gloria J. Rougeau

COMMONWEALTH OF MASSACHUSETTS          JULY 23, 1958

BERKSHIRE, SS.

Then personally appeared the above named Donald C. Rougeau and Gloria J. Rougeau and acknowledged the foregoing instrument to be their free act and deed,

before me,

[signature]
NOTARY PUBLIC
Ernest H. Rosasco

My commission expires: May 5, 1962

COMMONWEALTH OF MASSACHUSETTS DEEDS EXCISE $1.00 JUL 25 58

Received & entered for record July 25, 1958 at 12h 11m P. M.

BERKSHIRE NORTH

THE COMMONWEALTH OF MASSACHUSETTS

DEPARTMENT OF PUBLIC WORKS

---oOo---

BOOK 529
PAGE 221

Exhibit 7A

Layout No. 4583
and Order of Taking

WHEREAS; the Senate and House of Representatives of the Commonwealth of Massachusetts, in General Court assembled, have accepted, by the provisions of Chapter 649 of the Acts of 1950, the Federal Flood Control Project in the City of North Adams, County of Berkshire, for the protection of property against flood in the Hoosac River; and

WHEREAS; the Department of Public Works is authorized and directed by said Act to perform all acts required to be performed by local interests in connection with the construction by the Government of the United States; and

WHEREAS; the Department of Public Works, by said Act, is authorized to take, under the provisions of Chapter 79 of the General Laws, such lands or rights in land as may be necessary for said construction;

NOW, THEREFORE, we the undersigned, Commissioners of the Department of Public Works, do hereby take, in behalf of the City of North Adams, land necessary for said construction, as follows:

All of the land in the City of North Adams, Berkshire County, not previously acquired by the City of North Adams, lying within the limits of the area hereinafter designated as Area "A" is hereby taken in fee simple, including all trees and structures located thereon, excepting only those structures hereinafter specifically excepted, excepting all easements for wires, pipes, conduits, poles and other appurtenances for the conveyance of water, sewage, gas, oil, electricity or for telegraph and telephone communication now lawfully in

1951 L.C.        In North Adams        Lo.4583    Page 2.

on upon said premises hereby taken, and all lawful rights of the public to use the public way or ways within the aforesaid limits of Area "A" and also excepting from the rights hereby taken, the rights of owners of land hereby taken to enter upon said land at any time for the purpose of effecting necessary repairs to existing structures on remaining land of said owners abutting said Area "A".

The main base line of location of the aforesaid Area "A" begins at a point in the existing roadway of the State Highway altered and laid out in the City of North Adams on March 21, 1939 shown on plan as Station 0+35.54, said point being identical with Station 33+57.12 of the baseline used for the aforesaid State Highway layout, and ex-



529
PAGE

240

Exhibit 8A

THE COMMONWEALTH OF MASSACHUSETTS

DEPARTMENT OF PUBLIC WORKS

---ooOoo---

Layout No. 4575
and Order of Taking

WHEREAS, the Senate and House of Representatives of the Commonwealth of Massachusetts, in General Court assembled, have accepted, by the provisions of Chapter 649 of the Acts of 1950, the Federal Flood Control project in the City of North Adams, county of Berkshire, for the protection of property against flood in the Hoosac River; and

WHEREAS, the Department of Public Works is authorized and directed by said act to perform all acts required to be performed by local interests in connection with the construction of the works of the United States; and

WHEREAS, the Department of Public Works, by said act, is authorized to take, under the provisions of Chapter 79 of the General Laws, such lands or rights in land as may be required for said construction;

NOW, THEREFORE, we, the undersigned, Commissioners of the Department of Public Works, do hereby take, in behalf of the City of North Adams, land necessary for said construction as follows:

All of the land except as hereinafter specifically excepted in the City of North Adams, Berkshire County, not previously acquired by the City of North Adams, lying within the limits of the areas hereinafter described as Area "A", Area "AA", Area "AAA",

See Abandonment of Easement Book 545 Page 246
See Certificate of Entry - Book 629, Page 381
NOTE: SEE PLAN #113 in DRAWER #6

Layout No. in North Adams    No. 4575    Page 2

and, to an in fee simple, excepting only the parcel of land hereinafter described as Parcel A-??, including all trees and structures located therein, excepting from the rights herein taken all easements for wires, pipes, conduits, poles and other appurtenances for the conveyance of water, sewage, gas, oil, electricity, and for telegraph and telephone communication now lawfully in or upon said premises hereby taken and all lawful rights of the public to use those parts of the public way or ways within the aforesaid limits of Areas "A", "AA", and "AAA", and also excepting from the rights herein taken, the right of owners of land abutting the Hoosac River to normal use of the waters of said River and further excepting from the rights herein taken the rights of owners of

Hand-drawn plat map showing parcels along Chantilly Ave and Bonair Ave, with owners including Emile & Amanda, Harold G. Button (A-45), Russell A. & Josephine A. Trimarchi (B-63), Franklin R. & Rosem. Estes, Harold G. Button (B-61), Est. of Catherine O'Shea (B-69), City of North Adams, Harold G. Button (B-57), John W. & Anna H. Reed (B-55), with lots 150, 151, 152, 153, 154, 155 circled. Notations include "Portion of Deep's Land 140±", bearings N86°37'51"W 820', N03°22', N36°45'10"W 73.21', N63°0_, and parcel references A-43, B-71, B-75, Parcel B-75 "Owner Unknown".

EXHIBIT 8B

