



BOOK 663 PG 684

    THE CITY OF NORTH ADAMS, a municipal corporation, located in Berkshire, County, Massachusetts, in consideration of EIGHT HUNDRED DOLLARS ($800.00) paid, grants to LOWELL W. REBERGER and BLANCHE A. REBERGER, husband and wife, whose residence and post office address is 66 Chantilly Avenue, in said North Adams, as Joint Tenants, with QUITCLAIM COVENANTS, two parcels of land situate on the westerly side of Bonair Avenue, in said North Adams, bounded and described as follows:-

> Lots No. 63 and 64 as shown on Assessors Map 134 on file in the Assessors' Office, City Hall, North Adams, Mass., and as further shown on plan attached hereto and made part hereof entitled "City of North Adams, Mass., Bonair Avenue, Proposed Land Sale of City Owned Land, Scale 1" = 40', December 1973, Genesio A. Breda, City Engr." The provisions of General Laws, Chapter 44, Section 63A, have been fully complied with.

    IN WITNESS WHEREOF, the City of North Adams has caused this deed to be signed, sealed and delivered in its name and behalf by Joseph R. Bianco, Mayor under the authority of Paper No. 7868 passed by the North Adams City Council on August 27, 1974, this 4th day of October, 1974.

                                CITY OF NORTH ADAMS

                                By_____
                                   Its Mayor

                THE COMMONWEALTH OF MASSACHUSETTS

Berkshire, ss.                                    October 4   1974

    Then personally appeared the above named Joseph R. Bianco, Mayor and acknowledged the foregoing instrument to be the free act and deed of the City of North Adams, before me

                                JAMES A. BOWES - NOTARY PUBLIC
                                My commission expires Sept. 17, 1976.

BERKSHIRE NORTH — COMMONWEALTH OF MASSACHUSETTS DEEDS EXCISE 230

LAW DEPARTMENT
CITY OF NORTH ADAMS
MASSACHUSETTS

EXHIBIT 11

BOOK 729 PG 1137

*See Cert of Mun Liens in Book 913 Page 367*

*This is for 66 Chantilly Ave.*

WE, LOWELL W. REBERGER and BLANCHE A. REBERGER, husband and wife,

of   North Adams,   Berkshire   County, Massachusetts,

in consideration of

SIXTY SEVEN THOUSAND TWO HUNDRED FIFTY and 00/100 DOLLARS ($67,250.00)

grant to   RICHARD A. PATENAUDE and ELIZABETH F. PATENAUDE, husband and wife,

of   66 Chantilly Avenue, North Adams, Berkshire County, Massachusetts

as TENANTS BY THE ENTIRETY,

with warranty covenants

the land in the City of North Adams, Berkshire County, Massachusetts, bounded and described as follows:

PARCEL I:

> Lots numbered 133 and 134 as shown on map entitled - Map of Lorraine, New Suburb of North Adams, Mass. Property of John B. Scarlett, Surveyed 1899 by H.P. Linnell, - said map being filed in the Northern Berkshire Registry of Deeds at Adams, Mass., and said lots together having a frontage of one hundred (100) feet on the easterly side of Chantilly Avenue and extending back therefrom at the same width for a distance of one hundred (100) feet to the rear of lots fronting on Bonair Avenue.
>
> Meaning and intending to convey and hereby expressly conveying, all and singular, the same premises conveyed to Lowell W. Reberger and Blanche Reberger by deed of Clarence E. DeGrenier and Ida M. DeGrenier, dated January 30, 1967 and recorded in said Northern Berkshire Registry of Deeds in Book 606, Page 593.

And, with QUITCLAIM COVENANTS, the following described parcel:

PARCEL II:

> "Lots No. 63 and 64 as shown on Assessors Map 134 on file in the Assessors' Office, City Hall, North Adams, Mass., and as further shown on plan attached hereto and made part hereof entitled "City of North Adams, Mass., Bonair Avenue, Proposed Land Sale of City Owned Land, Scale 1" = 40', December 1973, Genesio A. Breda, City Engr." The provisions of General Laws, Chapter 44, Section 63A, have been fully complied with."
>
> Meaning and intending to convey and hereby expressly conveying, all and singular, the same premises conveyed to Lowell W. Reberger and Blanche A. Reberger by deed of The City of North Adams, dated October 4, 1974 and recorded March 30, 1976 in said Northern Berkshire Registry of Deeds in Book 669, Page 684.

*Margin notes:*
- Lots 133 & 134, 66 Chantilly Avenue, North Adams, Mass.
- and
- Lots 63 & 64, Bonair Avenue, North Adams, Mass.

BOOK 729 PG 1138

Executed as a sealed instrument this 2nd day of July, 19 84

_Rid G. Fzpatrick_  
_Rid G. Fzpatrick_

LOWELL W. REBERGER  
BLANCHE A. REBERGER

### The Commonwealth of Massachusetts

Berkshire, ss.  July 2, 1984

Then personally appeared the above named

LOWELL W. REBERGER and BLANCHE A. REBERGER

and acknowledged the foregoing instrument to be their free act and deed, before me,

RICHARD A. FITZPATRICK  
NOTARY PUBLIC  
COMM. OF MASS.  
COMMISSION EXPIRES  
MARCH 3, 1989

_Rid G. Fzpatrick_  
Notary Public

My commission expires    19

L.W.R. & B.A.R.  
COMMONWEALTH OF MASSACHUSETTS  
DEEDS & EXC.  
7-3-84  
153.80  
153.90

Received & entered for record

July 3, 1984 AT 11 H 15 M A M.



# City of North Adams
## In City Council

.............May 9, 2000..................

WHEREAS: The City of North Adams receives funding from the Commonwealth of Massachusetts for the maintenance, repair, improvement and construction of streets, roads and ways, pursuant to Massachusetts General Laws, Chapter 90; and

WHEREAS: It is acknowledged that certain streets, roads and ways have been maintained by the City of North Adams; and

WHEREAS: The following streets have been so acknowledged by the Commissioner of Public Services: Adams Street, Addison Avenue, Alton Place, Amidon Road, Arnold Place, Ashton Avenue, Autumn Drive, Avon Street, Ballou Street, Barbour Street, Barlow Avenue, Barth Street, Benedict Street, Bethel Street, Biltmore Avenue, Birchwood Terrace, Bonair Avenue, Bradford Street, Brayton Street, Briggs Street, Brook Terrace, Canedy Lane, Chantilly Avenue, Charlene Street, Charles Street, Charles Street Ext., Chesbro Avenue, Church Hill, Citation Avenue, College Avenue, Crossey Place, Crowley Avenue, Daniels Road, Davidson Street, Dean Street, Demond Avenue, Doanes Lane, Duggan Street, East Johnson Street, Elder Avenue, Fairgrounds Avenue, First Street, Forest Street, Fortin Avenue, George Avenue, Goodrich Street, Granite Street, Gregory Avenue, Gunther Street, Hadley Overpass, Harding Avenue, Harrison Avenue, Hawthorne Avenue, Hermon Avenue, Hooker Street, Irving Avenue, Ivory Street, Johnson Street, Kately Lane, Labonte Avenue, Lake Street, Laurel Avenue, Leonard Street, Loftus Street, Lois Street, Lyman Street, Maple Street, McCauley Road, Christopher Columbus Drive, Mill Street, Monroe Street, Morgan Avenue, Myers Avenue, Nelson Street, New Street, Oak Avenue, Old State Street, Orchard Terrace, Overlook Terrace, Palmer Avenue, Park Avenue, Parker Street, Pebble Street, Perry Street, Pinehill Terrace, Pitt Street, Rand Street, Ray Street, Reed Street, Rich Street, Richmond Avenue, Rickard Street, Rock Street, Royal Avenue, Secor Avenue, South Church Street, Sylvester Street, Temple Street, Versailles Avenue, Walden Street, Warren Street, Watson Street, West End Terrace, West Mountain Road, Whitman Street, Whitney Avenue, Whittlesley Avenue, Willow Street, Windom Terrace, Winter Street, Woodlawn Avenue;

NOW THEREFORE, IT IS HEREBY ORDERED: That the above-listed streets, roads and ways are hereby accepted as public streets or ways for the purpose of receiving funding from the Commonwealth of Massachusetts, pursuant to Massachusetts General Laws, Chapter 90.

Law Offices of
## Fred T. Thompson
66 Summer Street - P.O. Box 1071
North Adams, Massachusetts 01247
Telephone: (413) 664-9002
Telefax: (413) 663-7281

CC: Mike

Fred T. Thompson
Julia G. Allan

Admitted Massachusetts & Kansas
Admitted Massachusetts

Oct. 23, 2003

Vincent Lively, Inspector of Buildings
City of North Adams
North Adams, MA 01247

Dear Mr. Lively:

I write this letter in response to your question, "Does the City of North Adams have the authority to grant to Michael A. Deep a building permit for lot numbers 148, 149 and 150 as shown on map entitled "Map of Lorraine, New Suburb of North Adams, Mass., Property of John B. Scarlett, surveyed 1899 by H.P. Linnell" on file with the Northern Berkshire Registry of Deeds as Plan No. 97 in Drawer No. 4?".

John B. Scarlett sold the above parcels to Christ D. Tietgens on July 8, 1904 at which time he did <u>Warrant and Defend</u> said parcels.

The City of North Adams has, since this particular subdivision existed, built, maintained, plowed, serviced, administered and regulated all municipal activities in this subdivision. This included extending public ways as lot owners constructed homes on these ways, including Bonair Avenue. The paper streets all became public ways and have been maintained by the City of North Adams.

The City's acceptance of these ways as public ways is further demonstrated by the City Council's action on May 9, 2000. On that date the North Adams City Council acknowledged that certain streets, roads and ways have been maintained by the City of North Adams. Among them were Hawthorne Avenue, Chantilly Avenue, Versailles Avenue, Watson Street, Bonair Avenue, East Johnson Street, and Avon Street. All streets were named accepted streets by a Council vote of 9-0 and approved on May 11, 2000 by John Barrett, III, Mayor.

In 1922, the City of North Adams, adopted a zoning ordinance. It defined *Street* as a public way or a way maintained and used as a public way, attested to by the Commissioner of Public Services and certified by the City Clerk, or a way shown on a plan approved and endorsed in accordance with the Subdivision Control Law (see Sec. 81L of Chapter 41) and the Planning Board's Rules and Regulations Governing the Subdivision of Land in the City of North Adams, **or other ways in existence when the Subdivision Control Law first became effective in the city,** having, in the opinion of the Planning Board, sufficient width, suitable grades and adequate construction to provide for the needs of vehicular traffic in relation to the proposed use of the land abutting thereon or served thereby, and for the installation of municipal services to serve such land and the buildings erected thereon. "Street" shall be deemed to include the entire width the right-of-way.

The North Adams Planning Board Form A states:
A. Each lot on the plan or altered by it meets one of these criteria:
1. has all the frontage required under zoning on
   a. a public way, or
   b. a way shown on a plan approved earlier by the Planning Board under this law, or
   c. **a way pre-existing the effective date of subdivision regulations, and which the board finds adequate for its planned use.**
C. **The plan simply describes already existing parcels with no new lot divisions.**

On Feb. 5, 1952, a petition was brought to the then City Manager, Robert H. Harp, requesting improvements to, among other streets in the Lorraine section, Bonair Ave. The petition stated that the petitioners were "ready and willing to execute all necessary waivers of damage or otherwise for said improvements..."

Parcels numbered 148, 149 and 150, all have frontage on Bonair Avenue.

In May 1982, the City of North Adams Engineering Department proposed selling 33,730 square feet of land, including the section of Bonair Avenue in question.

On August 29, 2003, the North Adams Conservation Commission looked at a site plan for a 2 bedroom home on the property in question on Bonair Avenue. They determined "The work described in the Request is within the Buffer Zone, as defined in the regulations, but will not alter an Area subject to protection under the Act. Therefore, said work does not require the filing of a Notice of Intent, subject to the following conditions (if any).

The house and garage must be set back a minimum of 40 feet from the City Flood Control. Erosion control measures must be taken along the flood control by using haybales, stakes and a silt fence prior to construction." This determination of Applicability was signed by 4 members of the board on 9/11/03.

The lot in question owned by Michael A. Deep is in a R-2 single family zone district. It meets the frontage, front, rear and side set back requirements.

In April of 2000, David Emery built a single family home at 80 Bryant Street, North Adams. The City of North Adams extended and installed a cul de sac thereby extending Bryant Street and enabling the building of this additional home. Mr. Emery did not pay for the road extension, but did receive a permit from the Planning Board.

Additionally, in August, 1998, the North Adams building department issued a building permit to Peter Robare to construct a single family home at 200 Versailles Avenue. The building department did not require the applicant to appear in front of the Planning Board, did not require the applicant to improve the road, and did not require the applicant to prove that the city had the authority to grant a building permit.

Clearly, in the past, the City of North Adams has demonstrated co-operation and encouragement to builders that would build to increase the tax base. This case falls in line with the above cases noted and should not be treated any differently.

Based upon the foregoing, in answer to your question, it is clear that the City of North Adams does in fact own Bonair Avenue and the City has the authority to grant to Michael A. Deep a building permit for lot numbers 148, 149 and 150 as shown on map entitled "Map of Lorraine, New Suburb of North Adams, Mass., Property of John B. Scarlett, surveyed 1899 by H.P. Linnell" on file with the Northern Berkshire Registry of Deeds as Plan No. 97 in Drawer No. 4".

Best Regards,

*Fred T.*

Fred T. Thompson



# Office of the City Clerk
10 Main Street    Room 109
North Adams, Massachusetts 01247
Area Code 413  662-3015
Office Hours Monday - Friday 8:00am to 4:30pm

Mary Ann Abuisi, City Clerk
Marilyn M. Gomeau, Assistant Clerk    Nancy T. Canales, Senior Clerk
Joan Farinon, Junior Clerk

October 23, 2003

Fred T. Thompson
Attorney At Law
66 Summer Street
Post Office Box 1071
North Adams, MA 01247

Dear Attorney Thompson:

This is in response to your recent letter in which you have requested information from the records of my office that would confirm that Bonair Avenue is a public way.

Please be advised that I have conducted a thorough search of City Council documents dating back to the early 1900's and can find no reference that would either confirm or deny that "Bonair Avenue" is a public way.

I have enclosed three documents that mention Bonair Avenue for your inspection.

1. A Communication from Mayor Faxon Bowen to the City Council dated May 28, 1942 with a committee report from the Standing Committee on Streets
2. A Communication from City Manager Robert H. Harp to the City Council dated February 25, 1952 submitting a petition from Property Owners in the Greylock and Lorraine sections
3. A City Council Resolution dated May 9, 2000 acknowledging that certain streets, roads and ways have been maintained by the City of North Adams and accepting the streets listed as public streets or ways for the purpose of Chapter 90 funding.

I have also researched the City Ordinances and find a reference to Bonair Avenue in Chapter 13, Section 42 entitled Obedience to isolated stop signs or signals.

page 2
Bonair Avenue
cont'd

In addition I have found a definition of the word "street" in Section 1 of the Appendix - Zoning Ordinance. It reads, in part, as follows:

> *Street*: a public way or a way maintained and used as a public way, attested to be the Commissioner of Public Services and certified by the City Clerk...

The position of Commissioner of Public Services has been vacant for many years but Leo Senecal, who maintains an Office in the Department of Public Services, may be able to prepare an attestation that Bonair Avenue is a public way. If so, I can certify his statement upon receipt.

Sincerely,

Mary Ann Abuisi
City Clerk



# City of North Adams
## In City Council

May 9, 2000

WHEREAS: The City of North Adams receives funding from the Commonwealth of Massachusetts for the maintenance, repair, improvement and construction of streets, roads and ways, pursuant to Massachusetts General Laws, Chapter 90; and

WHEREAS: It is acknowledged that certain streets, roads and ways have been maintained by the City of North Adams; and

WHEREAS: The following streets have been so acknowledged by the Commissioner of Public Services: Adams Street, Addison Avenue, Alton Place, Amidon Road, Arnold Place, Ashton Avenue, Autumn Drive, Avon Street, Ballou Street, Barbour Street, Barlow Avenue, Barth Street, Benedict Street, Bethel Street, Biltmore Avenue, Birchwood Terrace, Bonair Avenue, Bradford Street, Brayton Street, Briggs Street, Brook Terrace, Canedy Lane, Chantilly Avenue, Charlene Street, Charles Street, Charles Street Ext., Chesbro Avenue, Church Hill, Citation Avenue, College Avenue, Crossey Place, Crowley Avenue, Daniels Road, Davidson Street, Dean Street, Demond Avenue, Doanes Lane, Duggan Street, East Johnson Street, Elder Avenue, Fairgrounds Avenue, First Street, Forest Street, Fortin Avenue, George Avenue, Goodrich Street, Granite Street, Gregory Avenue, Gunther Street, Hadley Overpass, Harding Avenue, Harrison Avenue, Hawthorne Avenue, Hermon Avenue, Hooker Street, Irving Avenue, Ivory Street, Johnson Street, Kately Lane, Labonte Avenue, Lake Street, Laurel Avenue, Leonard Street, Loftus Street, Lois Street, Lyman Street, Maple Street, McCauley Road, Christopher Columbus Drive, Mill Street, Monroe Street, Morgan Avenue, Myers Avenue, Nelson Street, New Street, Oak Avenue, Old State Street, Orchard Terrace, Overlook Terrace, Palmer Avenue, Park Avenue, Parker Street, Pebble Street, Perry Street, Pinehill Terrace, Pitt Street, Rand Street, Ray Street, Reed Street, Rich Street, Richmond Avenue, Rickard Street, Rock Street, Royal Avenue, Secor Avenue, South Church Street, Sylvester Street, Temple Street, Versailles Avenue, Walden Street, Warren Street, Watson Street, West End Terrace, West Mountain Road, Whitman Street, Whitney Avenue, Whittlesley Avenue, Willow Street, Windom Terrace, Winter Street, Woodlawn Avenue;

NOW THEREFORE, IT IS HEREBY ORDERED: That the above-listed streets, roads and ways are hereby accepted as public streets or ways for the purpose of receiving funding from the Commonwealth of Massachusetts, pursuant to Massachusetts General Laws, Chapter 90.

CITY OF NORTH ADAMS
MASSACHUSETTS
OFFICE OF THE CITY MANAGER

February 25, 1952

#4

Honorable Mayor and
Members of the City Council
North Adams, Massachusetts

Re: Petition from Property Owners in
Greylock and Lorraine sections.

Honorable Members:

At your last council meeting, you received and referred to me a petition for certain public improvements in the Greylock and Lorraine sections of North Adams. All of the requested improvements are probably desirable, but we cannot make a commitment for all the work at this time.

I have visited the area concerned and also reviewed the problem with our Public Works Commissioner. The following items of work are planned for this area and should be completed this year:

Hawthorne Avenue — — — — — 1000 feet of 6 inch water main
525 feet of 8 inch sanitary sewer.

Barbour Street — — — — — — 400 feet of 6 inch water main
400 feet of 8 inch sanitary sewer.

Barbour Street (east of Phelps Avenue) — completion of 130 feet of road construction.

Greene Avenue — — — — — — — completion of road construction work — about 130 feet.

Catherine Street — — — — — — completion of 8 inch water main and road work east of Phelps Avenue.

Some of the above items are included in my recommended budget for 1952, while others will be paid for from balances in the non-revenue appropriations.

It should be pointed out that some of the requests for domestic utilities in this petition include the extension of existing sewer and water lines to serve vacant lots. Within the limits of my recommended budget, it would be most difficult to plan any additional work this year. I believe that we should try to plan the improvements in this area, so that a portion of the work is done each year until the area is fully developed. This approach will enable us to keep our public works spending within a reasonable limit.

Respectfully submitted,

*Robert H. Harp*

ROBERT H. HARP
City Manager

RHH:D

TO THE HONORABLE THE MAYOR and CITY COUNCIL of the CITY of NORTH ADAMS:

The undersigned, residents and dwelling property owners of the Lorraine, Greylock, Section of North Adams, respectfully represent:
(1) That the following conditions in regard to public domestic utilities now exist in the Lorraine Section, so-called namely:
   Bonair Avenue, from Barbour Street south:  no sewer, no water
   Catherine Street:  no sewer, no water
   Chantilly Avenue:  no sewer south of Lot #299 (Chilson)
   Versailles Avenue:  no sewer south of Lot #296 (Mondia); no sewer, no water in portion north of Barbour Street
   Hawthorne Avenue:  portion of more than 300 feet has no sewer, no water.
(2) That Barbour Street west from Phelps Avenue, Hawthorne Avenue from Barbour Street north to State Road, and Hawthorne Avenue south Lot #295 and other ways in the Lorraine Tract are too narrow, in bad, unsafe and hazardous condition, and without sidewalks.
(3) That common convenience and public necessity require the installation of the above-mentioned public domestic utilities, as also the widening, acceptance and permanent construction of the ways specifically mentioned in paragraph (2) above, without further delay.

Wherefore, the undersigned respectfully petition and pray that all necessary steps be taken by your Honorable Body to the end that the public improvements set forth above may be accomplished; and the petitioners further say that they are ready and willing to execute all necessary waivers of damage or otherwise for said improvements to be made and upon acceptance for the widening and permanent construction of said ways and sidewalks.

Respectfully,

| NAME | ADDRESS (St. & No.) |
|---|---|
| Joseph D. O'Brien | 128 Hawthorne Ave |
| Doris O'Brien | 128 Hawthorne Ave |
| Mr. & Mrs. Frank Mondia | 147 Versailles Ave. |
| George H. Bartoli | 121 Versailles Ave |
| Samuel Levenson | 96 Hawthorne Ave. |
| James H. Horan | 149 Chantilly Ave. |

TO THE HONORABLE THE MAYOR and CITY COUNCIL of the CITY of NORTH ADAMS:

The undersigned, residents and dwelling property owners of the Lorraine, Greylock, Section of North Adams, respectfully represent:

(1) That the following conditions in regard to public domestic utilities now exist in the Lorraine Section, so-called namely:

    Bonair Avenue, from Barbour Street south: no sewer, no water
    Catherine Street: no sewer, no water
    Chantilly Avenue: no sewer south of Lot #299 (Chilson)
    Versailles Avenue: no sewer south of Lot #296 (Mondia); no sewer, no water in portion north of Barbour Street
    Hawthorne Avenue: portion of more than 300 feet has no sewer, no water

(2) That Barbour Street west from Phelps Avenue, Hawthorne Avenue from Barbour Street north to State Road, and Hawthorne Avenue south Lot #295 and other ways in the Lorraine Tract are too narrow, in bad, unsafe and hazardous condition, and without sidewalks.

(3) That common convenience and public necessity require the installation of the above-mentioned public domestic utilities, as also the widening, acceptance and permanent construction of the ways specifically mentioned in paragraph (2) above, without further delay.

Wherefore, the undersigned respectfully petition and pray that all necessary steps be taken by your Honorable Body to the end that the public improvements set forth above may be accomplished; and the petitioners further say that they are ready and willing to execute all necessary waivers of damage or otherwise for said improvements to be made and upon acceptance for the widening and permanent construction of said ways and sidewalks.

Respectfully,

| NAME | ADDRESS (St. & No.) |
|---|---|
| Harold O Martin | 708 Barbour St |
| Alfred E Archambault | 92 Bonair Ave. |
| Peter J Peter | 109 Versailles Ave |
| Salvatore Biondo | Bonar ave and Catherine St |
| Russell K Martin | 178 Chantilly Ave |
| Mary Martin | 138 Bonair Ave. |
| Auxilia Courtemanche | Bonair Ave Lot 310 |
| William E Long | Versailles Ave. |
| Walter E Gould | Versailles Ave |
| Franklin Lincoln | Versailles Ave |

| NAME | ADDRESS (St. & No.) |
|---|---|
| Harold O. Martin | 708 Barbour St |
| Alfred E. Archambault | 92 Bonair Ave. |
| Peter J. Peters | 109 Versailles Ave |
| Salvatore Bianco | Bonair Ave and Catherine St |
| Russell K. Martin | 178 Chantilly Ave |
| Mary Martin | 138 Bonair Ave |
| Auxilia Courtemanche | Bonair Ave Lot 310 |
| William E. Long | Versailles Ave |
| Walter E. Gould | Versailles Ave |
| Franklin Lincoln | Versailles Ave |
| William Barschdorf | Hawthorne Ave |
| Richard Polmatier | Hawthorne Ave |
| Jean P. Miner | 39 Hawthorne Ave |
| Mr. & Mrs. Edw. F. Sinderman | Chantilly Ave |
| Mr. & Mrs. John W. Reed | 74 Chantilly Ave. |
| Mr. & Mrs. Irving C. Aikman Jr. | 97 Chantilly Ave. |
| Mr. & Mrs. Howard C. Bartlett | 93 Chantilly Ave. |
| Mr. & Mrs. Bert E. Archambault | 117 Hawthorne Ave |

TO THE HONORABLE THE MAYOR and CITY COUNCIL of the CITY of NORTH ADAMS:

    The undersigned, residents and dwelling property owners of the Lorraine, Greylock, Section of North Adams, respectfully represent:
    (1)  That the following conditions in regard to public domestic utilities now exist in the Lorraine Section, so-called namely:
        Bonair Avenue, from Barbour Street south:  no sewer, no water
        Catherine Street:  no sewer, no water
        Chantilly Avenue:  no sewer south of Lot #299 (Chilson)
        Versailles Avenue:  no sewer south of Lot #296 (Mondia); no sewer, no water in portion north of Barbour Street
        Hawthorne Avenue:  portion of more than 300 feet has no sewer, no water.
    (2)  That Barbour Street west from Phelps Avenue, Hawthorne Avenue from Barbour Street north to State Road, and Hawthorne Avenue south Lot #295 and other ways in the Lorraine Tract are too narrow, in bad, unsafe and hazardous condition, and without sidewalks.
    (3)  That common convenience and public necessity require the installation of the above-mentioned public domestic utilities, as also the widening, acceptance and permanent construction of the ways specifically mentioned in paragraph (2) above, without further delay.
    Wherefore, the undersigned respectfully petition and pray that all necessary steps be taken by your Honorable Body to the end that the public improvements set forth above may be accomplished; and the petitioners further say that they are ready and willing to execute all necessary waivers of damage or otherwise for said improvements to be made and upon acceptance for the widening and permanent construction of said ways and sidewalks.

                                              Respectfully,

| NAME | ADDRESS (St. & No.) |
|---|---|
| George E Belanger | 177 Versailles Ave |
| Mr & Mrs. John LaFlamme | 115 Versailles Ave. |
| Robert Williams | 50 Hawthorne Ave |
| Ann Williams | 50 Hawthorne Ave. |
| Francis P. Edgerton | 127 Chantilly Ave |
| Wilfrid Contois | 66 Spring St. |
| Mr & Mrs. Richard Jillson | 1 Catherine St. |
| Mr. & Mrs. Nelson Carey | 119 Chantilly Ave. |
| Mr. & Mrs. Charles Ballardin | 133 Chantilly Ave. |
| Mr. & Mrs. William J. McCarthy | 130 Versailles Avenue |
| Mr. & Mrs. Russell Trimarchi | Chantilly Ave |

| NAME | ADDRESS (St. & No.) |
|---|---|
| George E Belanger | 177 Versailles Ave |
| Mr & Mrs John LaFlamme | 115 Versailles Ave. |
| Robert Williams | 50 Hawthorn Ave |
| Ann Williams | 50 Hawthorn Ave. |
| Francis P. Edgerton | 127 Chantilly Ave |
| Wilfrid Contois | 66 Spring St. |
| Mr & Mrs Richard Jillson | 1 Catherine St. |
| Mr. & Mrs. Nelson Casey | 119 Chantilly Ave. |
| Mr & Mrs. Charles Ballardini | 133 Chantilly Ave. |
| Mr. & Mrs. William J. McCarthy | 130 Versailles Avenue |
| Mr & Mrs. Russell Tymanski | Chantilly Ave. |
| Arthur D. Shafer | 140 Chantilly Ave |
| Donald W. Jillson | 173 Chantilly Ave |
| Wilfred A. Gelinas | 134 Hawthorn Ave |
| Rosario Trudeau | 154 Bonair Ave |
| Richard Dor— | 149 Bonair Ave |
| Frank J. Peter— | |
| Nicholas A. B— | |

CITY OF NORTH ADAMS
MASSACHUSETTS
OFFICE OF THE CITY MANAGER

February 25, 1952

#4

Honorable Mayor and
Members of the City Council
North Adams, Massachusetts

Re: Petition from Property Owners in
Greylock and Lorraine sections.

Honorable Members:

At your last council meeting, you received and referred to me a petition for certain public improvements in the Greylock and Lorraine sections of North Adams. All of the requested improvements are probably desirable, but we cannot make a commitment for all the work at this time.

I have visited the area concerned and also reviewed the problem with our Public Works Commissioner. The following items of work are planned for this area and should be completed this year:

    Hawthorne Avenue - - - - - 1000 feet of 6 inch water main
                              525 feet of 8 inch sanitary sewer.

    Barbour Street - - - - - 400 feet of 6 inch water main
                             400 feet of 8 inch sanitary sewer.

    Barbour Street (east of Phelps Avenue) - completion of 130 feet of road construction.

    Greene Avenue - - - - - - - completion of road construction work - about 130 feet.

    Catherine Street - - - - - completion of 8 inch water main and road work east of Phelps Avenue.

Some of the above items are included in my recommended budget for 1952, while others will be paid for from balances in the non-revenue appropriations.

It should be pointed out that some of the requests for domestic utilities in this petition include the extension of existing sewer and water lines to serve vacant lots. Within the limits of my recommended budget, it would be most difficult to plan any additional work this year. I believe that we should try to plan the improvements in this area, so that a portion of the work is done each year until the area is fully developed. This approach will enable us to keep our public works spending within a reasonable limit.

Respectfully submitted,

*Robert H. Harp*

ROBERT H. HARP
City Manager

RHH:D

TO THE HONORABLE THE MAYOR and CITY COUNCIL of the CITY of NORTH ADAMS:

The undersigned, residents and dwelling property owners of the Lorraine, Greylock, Section of North Adams, respectfully represent:
(1) That the following conditions in regard to public domestic utilities now exist in the Lorraine Section, so-called namely:
   Bonair Avenue, from Barbour Street south:  no sewer, no water
   Catherine Street:  no sewer, no water
   Chantilly Avenue:  no sewer south of Lot #299 (Chilson)
   Versailles Avenue:  no sewer south of Lot #296 (Mondia); no sewer, no water in portion north of Barbour Street
   Hawthorne Avenue:  portion of more than 300 feet has no sewer, no water.
(2) That Barbour Street west from Phelps Avenue, Hawthorne Avenue from Barbour Street north to State Road, and Hawthorne Avenue south Lot #295 and other ways in the Lorraine Tract are too narrow, in bad, unsafe and hazardous condition, and without sidewalks.
(3) That common convenience and public necessity require the installation of the above-mentioned public domestic utilities, as also the widening, acceptance and permanent construction of the ways specifically mentioned in paragraph (2) above, without further delay.
Wherefore, the undersigned respectfully petition and pray that all necessary steps be taken by your Honorable Body to the end that the public improvements set forth above may be accomplished; and the petitioners further say that they are ready and willing to execute all necessary waivers of damage or otherwise for said improvements to be made and upon acceptance for the widening and permanent construction of said ways and sidewalks.

Respectfully,

| NAME | ADDRESS (St. & No.) |
|---|---|
| George E Belanger | 177 Versailles Ave |
| Mr & Mrs John LaFlamme | 115 Versailles Ave. |
| Robert Williams | 50 Hawthorne Ave |
| Ann Williams | 50 Hawthorne Ave. |
| Francis P. Edgerton | 127 Chantilly Ave |
| Wilfrid Contois | 66 Spring St. |
| Mr & Mrs Richard Jillson | 1 Catherine St. |
| Mr. & Mrs. Nelson Causey | 119 Chantilly Ave |
| Mr. & Mrs. Charles Ballardin | 133 Chantilly Ave. |
| Mr. & Mrs. William J. McCarthy | 130 Versailles Avenue |
| Mr & Mrs. Russell Trimarchi | Chantilly Ave. |
| Arthur I. Shafer | 140 Chantilly Ave |
| Donald W. Jillson | 173 Chantilly Ave. |
| Wilfred A. Gelinas | 134 Hawthorne Ave |
| Rosario Trudeau | 154 Bonair Ave |
| Richard Jones | 149 Bonair Ave |
| Frank J Petri | 124 Hawthorne Ave |
| Nicholas A. Richardello | 122 Versailles Ave |