

**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 2 – Determination of Applicability
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## B. Determination (cont.)

☐ 5. The area described in the Request is subject to protection under the Act. Since the work described therein meets the requirements for the following exemption, as specified in the Act and the regulations, no Notice of Intent is required:

_____
Exempt Activity (site applicable statuatory/regulatory provisions)

☐ 6. The area and/or work described in the Request is not subject to review and approval by:

_____
Name of Municipality

Pursuant to a municipal wetlands ordinance or bylaw.

_____
Name                                                            Ordinance or Bylaw Citation

## C. Authorization

This Determination is issued to the applicant and delivered as follows:

☐ by hand delivery on                    ☒ by certified mail, return receipt requested on

_____                    ____9/12/03____
Date                                       Date

This Determination is valid for **three years** from the date of issuance (except Determinations for Vegetation Management Plans which are valid for the duration of the Plan). This Determination does not relieve the applicant from complying with all other applicable federal, state, or local statutes, ordinances, bylaws, or regulations.

This Determination must be signed by a majority of the Conservation Commission. A copy must be sent to the appropriate DEP Regional Office (see Appendix A) and the property owner (if different from the applicant). ☐☐Signatures:

*[signature]*
*[signature]*
*David Vinson*
*Richard O'Neill*

09/11/03
Date



**Massachusetts Department of Environmental Protection**
Bureau of Resource Protection - Wetlands
# WPA Form 2 – Determination of Applicability
Massachusetts Wetlands Protection Act M.G.L. c. 131, §40

## D. Appeals

The applicant, owner, any person aggrieved by this Determination, any owner of land abutting the land upon which the proposed work is to be done, or any ten residents of the city or town in which such land s located, are hereby notified of their right to request the appropriate Department of Environmental Protection Regional Office (see Appendix A) to issue a Superseding Determination of Applicability. The request must be made by certified mail or hand delivery to the Department, with the appropriate filing fee and Fee Transmittal Form (see Appendix E: Request for Departmental Action Fee Transmittal Form) as provided in 310 CMR 10.03(7) within ten business days from the date of issuance of this Determination. A copy of the request shall at the same time be sent by certified mail or hand delivery to the Conservation Commission and to the applicant if he/she is not the appellant. The request shall state clearly and concisely the objections to the Determination which is being appealed. To the extent that the Determination is based on a municipal ordinance or bylaw and not on the Massachusetts Wetlands Protection Act or regulations, the Department of Environmental Protection has no appellate jurisdiction.



**SECTION**
¼" = 1'-0"





| | |
|---|---|
| Design Group, Inc. | HOUSE RELOCATION |
| | PREPARED FOR |
| | DEEP ASSOCIATES |
| DATE: JULY 2003  SCALE: ¼" = 1'-0" | BONAIR AVENUE |
| | NORTH ADAMS   MASSACHUSETTS |

DWG. NO. 1 OF 1

**Code Compliance Notes:**

1.) Contractor shall verify all dimensions in the field.
2.) Calculating loads per 780 CMR (6th Edition):
   Live loads
   - Attics (Limited storage) —————— 20 psf
   - Bedrooms —————————————— 30 psf
   - Decks & balconies ———————— 60 psf
   - Living areas (Other than bedrooms) — 40 psf
   - Garages (Passenger cars only) ——— 50 psf
   - Stairs ——————————————— 40 psf
   - Guardrails & Handrails (Single concen.
     load @ any point along top) ———— 200 lbs
   Snow loads (Zone 4) ———————— 40 psf
   Wind loads (Zone 1) ———————— 12 psf
   Dead loads differ per Appendix G

3.) Light, Ventilation & Heating:
   a.) Every room or space intended for human occupancy shall be provided with natural or artificial light.
   b.) Every room or space intended for human occupancy shall be provided with natural or mechanical ventilation.
      - Every bathroom shall be equipped with a mechanical exhaust fan & associated ductwork with the fan exhausting, as a minimum, at 50 cfm if operated intermittently or 20 cfm if continuously operated. Such exhaust shall vent directly to the outside and no exhaust vent shall termination to attics or other interior portions of the building are allowed.
   c.) One & two family dwellings shall be designed with heating systems complying with the requirements of 780 CMR.

4.) Stairway requirements:
   - 8¼" max. risers & 9" min. treads
   - 36" clear width
   - Provide level landing at top & bottom of stairs
     minimum dimensions = 36" wide x 36" deep
     48" wide x 42" deep landing on exterior side of all exit doors.
   - Provide handrails on at least one side:
     Height requirements = 30" - 38"
     Handgrip size = 1¼" - 2" in diameter
     1½" clearance to adjacent wall
   - Stairway loads:
     Live loads     = 100 lbs/sf
     Dead loads     = 10 lbs/sf
     Concentrated load = 300 lbs
   - Design loads to be supported by railings/handrails:
     200 lb concentrated load form any direction
     50 lb/ft uniformly distributed load from any direction

5.) Plumbing & Sanitary Facilities:
   a.) Every dwelling unit shall be provided with plumbing and sanitary facilities as required by 248 CMR, the Mass. State Plumbing Code, 105 CMR 410, the State Sanitary Code.
   b.) All plumbing fixtures shall be connected to an approved water supply in accordance with 248 CMR.
   c.) Provision shall be made for the disposal of wastewater in accordance with 248 CMR. Wastewater shall be discharged to a sanitary sewer or to an approved private sewage disposal system.

6.) Electrical Requirements:
   Every dwelling unit shall be provided with electrical facilities in accordance with the requirements of 527 CMR 12, the Mass.

(Partial detail labels at right:)
30 YEAR AR OVE
PRE-ENGINE TRUSS
R-38 INSULATION
12" OVERHANG
SOFFIT VENT
(2) 2x4 TOP PLAT
2x4 EXTERIOR STUD
R-13 INSULATIC
½" PLYWOOD SHEA
2x4 BASE PLATE
(2) 2x10 RIM JOIS
P.T. 2x10 SILL PL
FOUNDATION

Code Compliance Notes:

1.) Contractor shall verify all dimensions in the field.
2.) Calculating loads per 780 CMR (6th Edition):
   Live loads
   - Attics (Limited storage) — 20 psf
   - Bedrooms — 30 psf
   - Decks & balconies — 60 psf
   - Living areas (Other than bedrooms) — 40 psf
   - Garages (Passenger cars only) — 50 psf
   - Stairs — 40 psf
   - Guardrails & Handrails (Single concen.
     load @ any point along top) — 200 lbs
   Snow loads (Zone 4) — 40 psf
   Wind loads (Zone 1) — 12 psf
   Dead loads differ per Appendix G

3.) Light, Ventilation & Heating:
   a.) Every room or space intended for human occupancy shall be provided with natural or artificial light.
   b.) Every room or space intended for human occupancy shall be provided with natural or mechanical ventilation.
      - Every bathroom shall be equipped with a mechanical exhaust fan & associated ductwork with the fan exhausting, as a minimum, at 50 cfm if operated intermittently or 20 cfm if continuously operated. Such exhaust vent shall termination to the outside and no exhaust vent shall termination to attics or other interior portions of the building are allowed.
   c.) One & two family dwellings shall be designed with heating systems complying with the requirements of 780 CMR.

4.) Stairway requirements:
   - 8¼" max. risers & 9" min. treads
   - 36" clear width
   - Provide level landing at top & bottom of stairs minimum dimensions = 36" wide x 36" deep
     48" wide x 42" deep landing on exterior side of all exit doors.
   - Provide handrails on at least one side:
     Height requirements = 30" - 38"
     Handgrip size = 1¼" - 2" in diameter
     1½" clearance to adjacent wall
   - Stairway loads:
     Live loads      = 100 lbs/sf
     Dead loads      = 10 lbs/sf
     Concentrated load = 300 lbs
   - Design loads to be supported by railings/handrails:
     200 lb concentrated load form any direction
     50 lb/ft uniformly distributed load from any direction

5.) Plumbing & Sanitary Facilities:
   a.) Every dwelling unit shall be provided with plumbing and sanitary facilities as required by 248 CMR, the Mass. State Plumbing Code, 105 CMR 410, the State Sanitary Code.
   b.) All plumbing fixtures shall be connected to an approved water supply in accordance with 248 CMR.
   c.) Provision shall be made for the disposal of wastewater in accordance with 248 CMR. Wastewater shall be discharged to a sanitary sewer or to an approved private sewage disposal system.

6.) Electrical Requirements:
   Every dwelling unit shall be provided with electrical facilities in accordance with the requirements of 527 CMR 12, the Mass. State Electrical Code.

**SECTION**
¼" = 1'-0"

Labels on drawing:
- 30 YEAR ARCHITECTURAL SHINGLES
- ½ PLYWOOD SHEATHING
- RIDGE VENT
- PRE-ENGINEERED ROOF TRUSSES @ 24" O.C.
- R-38 INSULATION
- 12" OVERHANG
- SOFFIT VENT
- (2) 2x4 TOP
- 2x4 EXTERIOR WALL
- R-13 INSULATION
- ½" PLYWOOD SHEATHING
- (2) 2x10 FLOOR
- P.T. 2x10
- FOUND. DESIGN BY OTHERS
- R-30 INSULATION
- 1½" SUBFLOOR
- 6x6 BEAM
- 2x10 FLOOR JOISTS @ 16" O.C.
- BEAM POCKET BY OTHERS
- SUPPORT COLUMNS & BEARING PLATES BY OTHERS
- 34'±
- 8'±
- 12 / 6

Title block: HOUSE RELOCATION — DEEP ASSOCIATES — Design Group, Inc. — SECTION — DWG. NO. 1

```
MAScheck COMPLIANCE REPORT
Massachusetts Energy Code
MAScheck Software Version 2.01
```

|                |              |
|----------------|--------------|
|                Permit #       |
|                Checked by/Date |

```
CITY: North Adams
STATE: Massachusetts
HDD: 7060
CONSTRUCTION TYPE: 1 or 2 Family, Detached
HEATING SYSTEM TYPE: Other (Non-Electric Resistance)
DATE: 7-14-2003
DATE OF PLANS: 12-29-1997
TITLE: Deep Associates
PROJECT INFORMATION:
Residential Home Relocations
Tremont Street
Harris Street
Bonair Avenue

COMPANY INFORMATION:
SK Design Group, INC

COMPLIANCE: PASSES
Required UA = 184
Your Home = 184
```

|                                  | Area or Perimeter | Cavity R-Value | Cont. R-Value | Glazing/Door U-Value | UA |
|----------------------------------|-------------------|----------------|---------------|----------------------|----|
| CEILINGS                         | 845               | 38.0           | 0.0           |                      | 25 |
| WALLS: Wood Frame, 16" O.C.      | 920               | 13.0           | 0.0           |                      | 76 |
| GLAZING: Windows or Doors        | 93                |                |               | 0.350                | 33 |
| DOORS                            | 75                |                |               | 0.300                | 23 |
| FLOORS: Over Unconditioned Space | 845               | 30.0           | 0.0           |                      | 27 |

COMPLIANCE STATEMENT: The proposed building design described here is consistent with the building plans, specifications, and other calculations submitted with the permit application. The proposed building has been designed to meet the requirements of the Massachusetts Energy Code.
The heating load for this building, and the cooling load if appropriate, has been determined using the applicable Standard Design Conditions found in the Code. The HVAC equipment selected to heat or cool the building shall be no greater than 125% of the design load as specified in Sections 780CMR 1310 and J4.4.

Builder/Designer _____   Date 7-15-03

```
      | DUCT INSULATION:
[ ]   |   Ducts shall be insulated per Table J4.4.7.1.
      |
      | DUCT CONSTRUCTION:
[ ]   |   All accessible joints, seams, and connections of supply and return
      |   ductwork located outside conditioned space, including stud bays or
      |   joist cavities/spaces used to transport air, shall be sealed
      |   using mastic and fibrous backing tape installed according to the
      |   manufacturer's installation instructions. Mesh tape may be
      |   omitted where gaps are less than 1/8 inch. Duct tape is not
      |   permitted. The HVAC system must provide a means for balancing
      |   air and water systems.
      |
      | TEMPERATURE CONTROLS:
[ ]   |   Thermostats are required for each separate HVAC system. A manual
      |   or automatic means to partially restrict or shut off the heating
      |   and/or cooling input to each zone or floor shall be provided.
      |
      | HVAC EQUIPMENT SIZING:
[ ]   |   Rated output capacity of the heating/cooling system is
      |   not greater than 125% of the design load as specified
      |   in Sections 780CMR 1310 and J4.4.
      |
[ ]   | SWIMMING POOLS:
      |   All heated swimming pools must have an on/off heater switch and
      |   require a cover unless over 20% of the heating energy is from
      |   non-depletable sources. Pool pumps require a time clock.
      |
[ ]   | HVAC PIPING INSULATION:
      |   HVAC piping conveying fluids above 120 F or chilled fluids
      |   below 55 F must be insulated to the following levels (in.):
      |
      |                                        PIPE SIZES (in.)
      | HEATING SYSTEMS:       TEMP (F)   2" RUNOUTS   0-1"   1.25-2"   2.5-4"
      |    Low pressure/temp.  201-250       1.0        1.5     1.5       2.0
      |    Low temperature     120-200       0.5        1.0     1.0       1.5
      |    Steam condensate    any           1.0        1.0     1.5       2.0
      | COOLING SYSTEMS:
      |    Chilled water or    40-55         0.5        0.5     0.75      1.0
      |      refrigerant       below 40      1.0        1.0     1.5       1.5
      |
[ ]   | CIRCULATING HOT WATER SYSTEMS:
      |   Insulate circulating hot water pipes to the following levels (in.):
      |
      |                               PIPE SIZES (in.)
      |                      NON-CIRCULATING | CIRCULATING MAINS & RUNOUTS
      | HEATED WATER TEMP (F):  RUNOUTS 0-1" |  0-1.25"   1.5-2.0"   2.0+"
      |    170-180                  0.5      |    1.0       1.5       2.0
      |    140-160                  0.5      |    0.5       1.0       1.5
      |    100-130                  0.5      |    0.5       0.5       1.0
      |
----NOTES TO FIELD (Building Department Use Only)------------------------
```

```
MAScheck INSPECTION CHECKLIST
Massachusetts Energy Code
MAScheck Software Version 2.01
Deep Associates
DATE: 7-14-2003
Bldg.|
Dept.|
Use  |
     |
     | CEILINGS:
[ ]  | 1. R-38
     |    Comments/Location_____
     |
     | WALLS:
[ ]  | 1. Wood Frame, 16" O.C., R-13
     |    Comments/Location_____
     |
     | WINDOWS AND GLASS DOORS:
[ ]  | 1. U-value: 0.35
     |    For windows without labeled U-values, describe features:
     |    # Panes____ Frame Type_____ Thermal Break? [ ] Yes [ ] No
     |    Comments/Location_____
     |
     | DOORS:
[ ]  | 1. U-value: 0.3
     |    Comments/Location_____
     |
     | FLOORS:
[ ]  | 1. Over Unconditioned Space, R-30
     |    Comments/Location_____
     |
     | AIR LEAKAGE:
[ ]  | Joints, penetrations, and all other such openings in the building
     | envelope that are sources of air leakage must be sealed.  When
     | installed in the building envelope, recessed lighting fixtures
     | shall meet one of the following requirements:
     | 1. Type IC rated, manufactured with no penetrations between the
     |    inside of the recessed fixture and ceiling cavity and sealed or
     |    gasketed to prevent air leakage into the unconditioned space.
     | 2. Type IC rated, in accordance with Standard ASTM E 283, with no
     |    more than 2.0 cfm (0.944 L/s) air movement from the the
     |    conditioned space to the ceiling cavity.  The lighting fixture
     |    shall have been tested at 75 PA or 1.57 lbs/ft2 pressure
     |    difference and shall be labeled.
     |
     | VAPOR RETARDER:
[ ]  | Required on the warm-in-winter side of all non-vented framed
     | ceilings, walls, and floors.
     |
     | MATERIALS IDENTIFICATION:
[ ]  | Materials and equipment must be identified so that compliance can
     | be determined.  Manufacturer manuals for all installed heating
     | and cooling equipment and service water heating equipment must be
     | provided.  Insulation R-values and glazing U-values must be clearly
     | marked on the building plans or specifications.
```

```
MAScheck COMPLIANCE REPORT
Massachusetts Energy Code
MAScheck Software Version 2.01
```

```
|                    |
|  Permit #          |
|                    |
|  Checked by/Date   |
|_____|
```

```
CITY: North Adams
STATE: Massachusetts
HDD: 7060
CONSTRUCTION TYPE: 1 or 2 Family, Detached
HEATING SYSTEM TYPE: Other (Non-Electric Resistance)
DATE: 7-14-2003
DATE OF PLANS: 12-29-1997
TITLE: Deep Associates
PROJECT INFORMATION:
Residential Home Relocations
Tremont Street
Harris Street
Bonair Avenue
COMPANY INFORMATION:
SK Design Group, INC

COMPLIANCE: PASSES
Required UA = 184
Your Home = 184
```

|  | Area or Perimeter | Cavity R-Value | Cont. R-Value | Glazing/Door U-Value | UA |
|---|---|---|---|---|---|
| CEILINGS | 845 | 38.0 | 0.0 |  | 25 |
| WALLS: Wood Frame, 16" O.C. | 920 | 13.0 | 0.0 |  | 76 |
| GLAZING: Windows or Doors | 93 |  |  | 0.350 | 33 |
| DOORS | 75 |  |  | 0.300 | 23 |
| FLOORS: Over Unconditioned Space | 845 | 30.0 | 0.0 |  | 27 |

COMPLIANCE STATEMENT: The proposed building design described here is consistent with the building plans, specifications, and other calculations submitted with the permit application. The proposed building has been designed to meet the requirements of the Massachusetts Energy Code.

The heating load for this building, and the cooling load if appropriate, has been determined using the applicable Standard Design Conditions found in the Code. The HVAC equipment selected to heat or cool the building shall be no greater than 125% of the design load as specified in Sections 780CMR 1310 and J4.4.

Builder/Designer _____  Date 7-15-03



Dimensions (top): 47'2" / 16' / 13' / 5' / 13'8"

- 8' — SUPPORT LEDGE AT END OF 8'-2" PANEL DOWN 4'-0 1/2" FROM T.O.W.
- 2'6"
- D
- 34' / 26'
- 5'
- A
- 15'
- 3 1/2" DIA. LOLLY COLUMN. 30"x30"x10" THICK REINFORCED CONCRETE FOOTER PAD (TYP - BY OTHERS)
- THIS AREA TO BE POURED SOLID
- 4'1 3/4"
- SUPPORT LEDGE DOWN 4'-0 1/2" FROM T.O.W.
- 13'8"
- C
- 1'0"
- 9'3" / 6'11"
- 18'
- 47'2"

Legend:
- ⊠⊠⊠ = 4'0
- ☐ = 8'2
- ▨ = 7'2

NOTE TO OWNER: THIS SHOP DRAWING SHALL BE REVIEWED AND RETURNED TO SWHV SIGNED AS "APPROVED" PRIOR TO FABRICATION. OWNER OR OWNER REPRESENTATIVE SHALL VERIFY THAT LAYOUT DIMENSIONS, ROUGH OPENINGS, TOP OF WALL ELEVATIONS, LEDGE ELEVATIONS, LOAD CAPACITY OF WALL AND POINT SUPPORTS MEET PROJECT REQUIREMENTS. OWNER OR OWNER REPRESENTATIVE SHALL VARIFY SOIL PRIOR TO INSTALLATION OF THE SUPERIOR WALL SYSTEM.



A.> PATIO DOOR R.O.
6'-0"W x 6'-8"H
14" HEADER

B.> WINDOW R.O.
32 5/8"W x 15 5/8"H
5" HEADER

C.> GARAGE DOOR DROP
9'-3"W x 12" DEEP

D.> ENTRY DOOR DROP
40"W x 12" DEEP

E.> 2 STUDS

BOXED DIMENSIONS TO BE
VERIFIED/PROVIDED BY OTHERS

WALL THICKNESS = 10 1/4"

ALL PANELS INCLUDE 1" DOW
BLUEBOARD INSULATION

Superior Walls of the Hudson Valley, Inc.
88 Violet Avenue, Poughkeepsie, NY 12601
(845)485-4033   Fax:(845)485-2501
E-mail: info@superiorwallshv.com
Website: www.superiorwallshv.com

APPROVAL FOR PRODUCTION

X_____
Approved                    Date

X_____
Approved as Noted           Date

NOTICE: Builder is repsonsible for
all site preperations including a
minimum of 6" clean 1/2" diameter
crushed stone. Sub footing to be
30" wide, centered under wall. Base
of sub footing is to be below
frostline and drained to daylight.
Follow site prep. booklet by SWA.
Builder to provide minimum soil
bearing = 1 TSF.

Job No.: Q8816

Mike Deep

Lot #7A Tremont Street
North Adams, MA

Date: 6/30/03
Revised:
7-24-03
8-4-03

Sheet 1 of 1

Panels / T.O.W. = 0'-0"
Panels / T.O.W. = 0'-0"
Panels / T.O.W. = -1'-0"

TO: ACEXIS PHS 485 2304

FROM: Mike Deep phone 413-664-1053 FAX 413-664-1057

(Hand-drawn site plan of a property with the following labels)

- STREET (along left side)
- 30' (top width)
- 24' (right side, upper section)
- 24' (left side, upper section)
- 34' (left side, lower section)
- 34' (right side, lower section)
- Garage Door / apt
- SETBACK ← 20'
- apt
- 4 foot frost wall
- 2 car garage
- Stairs to Basement
- 6" opening to basement
- 15 ft
- 8 foot foundation walls
- Window (bottom right)







REFERENCE PLAN
SCALE: 1/4" = 1'-0"
FRONT

**SK Design Group, Inc.**
Civil Engineers · Surveyors · Consultants

Drainage   Land Planning
Highways   Building Design
Reports    Survey

November 14, 2003

Mr. Michael Deep
Deep Associates
1 Post Office Square
North Adams, MA 01247

Re: Timeshare Model Relocations
Existing First Floor Framing Review

Dear Mr. Deep,

At your request, SK Design Group, Inc (SKDG) has reviewed the existing first floor framing for the timeshare model units to be relocated from Lee to North Adams, Massachusetts. This project included live and dead load calculations in compliance with the local code requirements. This investigation ensures the integrity of the structure and it's compliance with the Massachusetts State Building Code (780 CMR-Sixth Edition). This project is based, in part, on an inspection, conducted by SK staff, on Wednesday, November 5.

As previously determined, the existing framing does not match the original plans that SK Design Group reviewed, stamped and approved. The original plans indicated 2x10 floor joists at 16" on center for the entire floor area and double 2x8 floor joists at 16" on center for the exterior deck. Our most recent solution to this problem was to install a new 2x10 floor over the new foundation, prior to installing the units. SKDG has been asked to determine if the existing first floor framing, including the steel beams of the trailer that transports the unit, are sufficient without installing the new 2x10 floor.

The existing unit is separated in two parts. Each part is mounted to a steel trailer, which has two steel beams spanning the length of the house. The first floor framing of the existing unit is framed with 2x6 floor joists at 16" on center. The steel structural members of the trailer support these floor joists. The steel beams are 10" deep and 2.75" wide. These sizes closely resemble an M10x7.5 steel beam.

After careful review, SK has determined that the 2x6 floor joists are sufficient per the Massachusetts State Building Code in regards to shear and deflection with the steel beams in place. Though, they are not sufficient depth to carry the required R-30 insulation. Therefore, the joists must be furred out to a depth of at least 10". Each steel beam, with the appropriate loads, can handle a maximum span of 13'-0". The house and steel beam length is 34'. Therefore, each beam must have two lally columns, resulting in three, 11'-4" spans, and a total of eight columns in the basement for the steel beams.

At the connection of the two sections of the unit is a double 2x6 beam spanning the entire length of the house. The maximum allowable span of this beam is 4'-6", thus requiring seven columns for this beam above. Installing a new beam under the existing double 2x6 can decrease the number of required columns. To use a minimal number of columns, install a triple pressure treated 2x12 along the entire length of the house. After installing the triple 2x12 beam beneath the 2x6 beam, two lally columns are required, resulting in three, 11'-4" spans, and a total of 10 columns throughout the entire basement.

Mr. Michael Deep<br>
November 14, 2003<br>
Page 2

      Based on the above information, SK Design Group believes that the installation of the new 2x10 floor would be the easier and more cost effective way to complete the project along with a more open use of the basement. The original design indicated five lally columns along with the appropriate footings down the center of the house and a new 2x10 floor. Though, this alternative design would require a total of ten lally columns and appropriate footings scattered throughout the basement, a new triple 2x12 beam, and furred out floor joists for insulation.

      In conclusion, it is the opinion of SK Design Group that the original design proposing a new 2x10 floor deck and the alternative design described above, both satisfy the requirements set forth by the Massachusetts State Building Code.

      If you have any questions or comments regarding this matter, please contact our office.

Sincerely,

SK DESIGN GROUP, INC.

Jeromy Richardson, Project Engineer

James M. Scalise II, P.E.

G/SK Design Group/2003/030135 Deep Associates/Documents/Word/Existing framing review

CC: File

EXHIBIT D



*City of North Adams, Massachusetts*

**PLANNING BOARD**
City Hall
North Adams, Massachusetts 01247

North Adams Planning Board – Case No: SPA2004-04
Meeting Date: March 8, 2004

*DECISION NOTICE:*

Decision of the North Adams Planning Board upon the petition of Michael A. Deep, for an interior lot. Site Plan Approval special permit required pursuant to Section 3D "Site Plan Approval" of the North Adams Zoning Ordinances for the construction of a single family house on an unconstructed way in an R-2 zone adjacent to Bonair Avenue at:

| | |
|---|---|
| Property Location: | Property adjacent to Bonair Avenue |
| Property Owner: | Michael A. Deep |
| Meeting Date: | March 8, 2004 |
| Decision Date: | March 8, 2004 |
| Filing Date: | March 12, 2004 |

After discussing the application as presented, the North Adams Planning Board made the following decision with regard to the property in question.

*TO DENY THE REQUEST A SPECIAL PERMIT FOR THE CONSTRUCTION OF A SINGLE FAMILY HOUSE ON AN UNCONSTRUCTED WAY ADJACENT TO BONAIR AVENUE*

Any person aggrieved by a decision of the North Adams Planning Board or by the failure of the Planning Board to take final action concerning any appeal, application or petition within the required time whether or not previously a party to the proceeding, or any municipal officer or board may appeal to the superior court department in which the land concerned is situated, by bringing an action within twenty (20) days after the decision has been filed in the Office of the City Clerk.

This is to certify that a copy of the decision is on file with the North Adams City Clerk, the Building Department and the Office of Community Development.

_____          March 12, 2004
Paul Hopkins, for                                              Date:
Michael Leary, Chairman
North Adams Planning Board