UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30077-KPN

MICHAEL A. DEEP, )
   Plaintiff )
)
vs. )
)
CITY OF NORTH ADAMS, JOHN BARRETT, )
MAYOR, NORTH ADAMS PLANNING )
BOARD, MICHAEL LEARY, PAUL HOPKINS, )
WILLIAM SCHRADE, JOSEPH GNIADEK, )
PAUL SENECAL, DAVID BABCOCK, EDNA )
RUDNICK, KYLE HANLON and WAYNE )
WILKINSON as Members of the NORTH ADAMS )
PLANNING BOARD, and KATHERINE EADE, )
ADMINISTRATIVE OFFICER of the CITY )
OF NORTH ADAMS, )
   Defendants )

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants in the above-captioned case.

THE DEFENDANTS

By _/s/ Nancy Frankel Pelletier_
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this _____ day of May, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Fred T. Thompson, Esq., 66 Summer Street, P.O. Box 1071, North Adams, MA 01247.

Subscribed under the penalties of perjury.

_/s/ Nancy Frankel Pelletier_
Nancy Frankel Pelletier, Esq.

363149