UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30077-KPN

MICHAEL A. DEEP, )
   Plaintiff )
)
vs. )
)
CITY OF NORTH ADAMS, JOHN BARRETT, )
MAYOR, NORTH ADAMS PLANNING )
BOARD, MICHAEL LEARY, PAUL HOPKINS, )
WILLIAM SCHRADE, JOSEPH GNIADEK, )
PAUL SENECAL, DAVID BABCOCK, EDNA )
RUDNICK, KYLE HANLON and WAYNE )
WILKINSON as Members of the NORTH ADAMS )
PLANNING BOARD, and KATHERINE EADE, )
ADMINISTRATIVE OFFICER of the CITY )
OF NORTH ADAMS, )
   Defendants )

## DEFENDANTS BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: /s/ Maureen MacDonald
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: 5/6/04

362545

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30070KPN

PETER K. FREI, )
    Plaintiff )
  )
vs. )
  )
TOWN OF HOLLAND, BOARD OF HEALTH, )
HOLLAND CONSERVATION COMMISSION, )
HOLLAND POLICE DEPARTMENT, )
PLANNING BOARD, ZONING BOARD OF )
APPEALS, Ronald Benoit, Debra Benveniste, )
Sally Blais, Richard Blease, Harold E. Congdon, )
Robert Dymon, Robert Ford, Kevin Gleason, )
Benjamin Haller, William Hardy, Earl Johnson, )
Helen Kreiger, Marilyn LaPlante, Joanne May, )
Vincent J. McCaughey, Dora Metrelis, )
Arthur A. Quinn, Brian Roche, John Stevens, )
    Defendants )

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: 5/6/04

362948