✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

MICHAEL A. DEEP

**NOTICE**

V.

CITY OF NORTH ADAMS, et al.          CASE NUMBER:     04-30077-KPN

TYPE OF CASE:

☒  CIVIL            CRIMINAL

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | June 28, 2004, at 11:00 a.m. |

TYPE OF PROCEEDING

STATUS  CONFERENCE

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 9, 2004                                    /s/ Bethaney A. Healy
DATE                                            (BY) DEPUTY CLERK

TO:     All Counsel of Record